

MAIL THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102
PHONE 973-848-2100
FAX 973-848-2138/9
WEB www.rfbclaw.com

ROBERTSON, FREILICH
BRUNO + COHEN, LLC

WRITER'S DIRECT LINE: (973) 848-2134
WRITER'S E-MAIL ADDRESS: jscarpone@rfbclaw.com

FILE: 0351-0001

December 5, 2008

<u>Via Email and ECF</u>
Hon. Morris Stern, USBJ
United States Bankruptcy Court
MLK, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ  07102

    Re:    <u>Stanziale v. Merrill Lynch Business Financial Services Inc.
Adv. Pro. No.: 08-1131 (MS)</u>

Dear Judge Stern:

    This is to confirm my advice to your secretary that a settlement has been reached between the Trustee and Merrill Lynch and other parties, fully resolving this adversary proceeding. We expect to file a motion for approval of settlement pursuant to Rule 9019 some time next week. Because the settlement affects separate litigation pending before Judge Cavanaugh, it will also be presented to him for entry of an appropriate Order terminating that case.

                                              Respectfully submitted,

                                              /s/James A. Scarpone
                                              James A. Scarpone

JAS:cma
cc:    Benjamin A. Stanziale, Esq. (via email)
        Michael Goettig, Esq. (via email)
        Michael Eidelman, Esq. (via email)
        Patricia A. Staiano, Esq. (via email)

{00082036.DOC;1}