Order Filed on
2/11/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JAMES A. SCARPONE, ESQ.**
**ROBERTSON, FREILICH, BRUNO & COHEN, LLC**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-2133
Co-counsel for Benjamin A. Stanziale, Jr., Esq.,
Chapter 7 Trustee

In re:

    PITTRA G.B. INTERNATIONAL, INC.

              Debtor.

BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE FOR PITTRA G.B. INTERNATIONAL, INC.,

              Plaintiff,

v.

MERRILL LYNCH COMMERCIAL FINANCE CORP.,

              Defendant.

Case No.: 06-10889(MS)

Chapter 7

Judge Morris Stern

Adv. Pro. No.:  08-1131 (MS)

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Dated:  **DATED: 2/11/2009**

Honorable Morris Stern
United States Bankruptcy Judge
District of New Jersey

{00088446.DOC;1}

In re:  PITTRA G.B. International, Inc.
Case No.  06-10889 (MS)
Benjamin A. Stanziale, Jr., Chapter 7 Trustee v. Merrill Lynch Commercial Finance Corp.,
Adv. Pro. No.:  08-1131 (MS)

By Order dated February 2, 2009, this Court has approved the settlement agreement between this Trustee and the Defendant, which settlement agreement fully disposes of all claims asserted in this action.

IT IS THEREFORE ORDERED that this Adversary Proceeding be, and hereby is dismissed with prejudice.

*Approved by Judge Morris Stern February  11, 2009*