Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  PITTRA G.B. International, Inc.
Debtor

Case No.: 06–10889–MS
Chapter 7

Benjamin A Stanziale Jr
Plaintiff

v.

Merrill Lynch Business Financial Services Inc.
Defendant

Adv. Proc. No. 08–01131–MS                         Judge: Morris Stern

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on February 11, 2009, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 18
Order Dismissing Adversary Proceeding. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant's Attorney. Signed on 2/11/2009 (rah)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 11, 2009
JJW: rah

James J. Waldron
Clerk